# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 11, 2021

## NO. 03-19-00106-CR

**William Black, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES GOODWIN AND SMITH
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.